# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of New Hampshire** | **County of** | **United States District Court Court** |

Case Number: 1:12CV-247-JD

**Plaintiff:**
**Thomas Knight III**

vs.

**Defendant:**
**Robert James & Associates, Inc Robert James Associates Asset Management and Anthony Coppola**

For:
John Skinner III
Weisberg & Meyers LLC
5025 North Central Ave
#602
Phoenix, AZ 85012

Received by Western New York Legal Support Services to be served on **Robert James & Associates Asset Management, Inc, 451 Ellicott St, Buffalo, NY 14203**.

I, Charles E Miller, do hereby affirm that on the **19th day of July, 2012** at **10:30 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Anthony Copolla** as **President** at the address of: **461 Ellicott St, Buffalo, NY 14203**, who stated they are authorized to accept service for **Robert James & Associates Asset Management, Inc**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 5'9, Weight: 200, Hair: Black, Glasses: N

I Charles Miller certify that I am over the age of 18, have no interest in the above action, and am an Authorized Process Server, in good standing, in the judicial circuit in which the process was served.

*[signature]*
Charles E Miller
Process Server

Western New York Legal Support Services
127 Brockmoore Dr
East Amherst, NY 14051
(716) 560-7988

Our Job Serial Number: WNY-2012000048

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m