UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Thomas Knight, III</u>

v.

                              Civil No. 12-cv-247-JD

<u>Robert James & Associates, Inc., et al.</u>


<u>ORDER OF DISMISSAL</u>

     In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

     SO ORDERED.

November 2, 2012                              <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge


cc:     John F. Skinner, III, Esq.